# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| RAYSHAWN LEWMAR SAWYERS, | * |
| | * |
| Petitioner, | *   CIVIL ACTION NO.: 2:17-cv-103 |
| | * |
| v. | * |
| | * |
| WARDEN, FCI JESUP, | * |
| | * |
| Respondent. | * |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's January 25, 2018, Report and Recommendation, dkt. no. 8, to which Petitioner Rayshawn Lewmar Sawyers ("Sawyers") filed Objections, dkt. no. 9. The Court **OVERRULES** Sawyers's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

Accordingly, the Court **GRANTS** Respondent's Motion to Dismiss, dkt. no. 5, **DISMISSES** Sawyers's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Sawyers leave to proceed *in forma pauperis* on appeal.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 6 day of March, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)